AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>TAMMY LEWIS | )<br>)<br>)<br>) Case No: 5:12CR50065-001<br>) USM No: 11152-010<br>) |
| Date of Original Judgment: 05/09/2013<br>Date of Previous Amended Judgment: 05/17/2013<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Bruce D. Eddy<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 63 months **is reduced to** 51 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/17/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/10/2015                                      /s/  P.K. Holmes, III
                                                          *Judge's signature*

Effective Date: 11/01/2015                          Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                              *Printed name and title*